NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**GUILLERMO MOJARRO,**
*Petitioner,*

**v.**

**UNITED STATES POSTAL SERVICE,**
*Respondent.*

———————————

2013-3108

———————————

Petition for review of the Merit Systems Protection Board in consolidated Nos. SF0752090694-M-1 and SF0752100222-M-1.

———————————

**ON MOTION**

———————————

**O R D E R**

Guillermo Mojarro moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

GUILLERMO MOJARRO V. USPS                                          2

FOR THE COURT

 /s/ Jan Horbaly
Jan Horbaly
Clerk

s21